IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| PATRICIA A. MILLER, | * |
| Plaintiff, | * |
| vs. | *   No. 5:09-cv-0038-SWW |
| CENTRAL MOLONEY, BILLY REED, and WILLIE ROBY, | * |
| Defendants. | * |

## ORDER

The Complaint in this matter was filed on February 4, 2009. The case file does not reflect that plaintiff, who is proceeding *pro se* (but not proceeding *in forma pauperis*), has served defendants with process, therefore, failing to meet the requirements under the Federal Rules of Civil Procedure with respect to Rule 4(l) requiring proof of service upon defendants and (m) requiring a 120-day time limit for service.

IT IS THEREFORE ORDERED that plaintiff shall file proof of service with the Court no later than January 25, 2012. If plaintiff fails to comply with this Order, the Court will dismiss this action for failure to prosecute.

Dated this 12th day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE