IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| PATRICIA A. MILLER, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:09-cv-0038-SWW |
| | * | |
| | * | |
| CENTRAL MOLONEY, BILLY REED, and | * | |
| WILLIE ROBY, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Because the case file does not reflect that plaintiff (who is proceeding *pro se* but not proceeding *in forma pauperis*) has served defendants with process, therefore failing to meet the requirements under the Federal Rules of Civil Procedure with respect to Rule 4(l) requiring proof of service upon defendants and (m) requiring a 120-day time limit for service, the Court, by Order entered January 12, 2012 [doc.#3], ordered that plaintiff shall file proof of service with the Court no later than January 25, 2012. The Court informed plaintiff that if she failed to comply with the Order, the Court would dismiss this action for failure to prosecute.

The time for plaintiff to file proof of service as directed by the Court has come and gone with no response from plaintiff. Accordingly, the Court hereby dismisses this action without prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED this 26th day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE