IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| PATRICIA A. MILLER, | * |
| Plaintiff, | * |
| vs. | *   No. 5:09-cv-0038-SWW |
| CENTRAL MOLONEY, BILLY REED, and WILLIE ROBY, | * |
| Defendants. | * |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice.

IT IS SO ORDERED this 26th day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE